IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMEL WAYS, on behalf of John Ways; <br><br> Petitioner, <br><br> vs. <br><br> IMMEDIATE CUSTODIAN AND RESPONDENT FOR THE STATE OF NEW JERSEY, and DAVID E. ORTIZ, <br><br> Respondents. | 8:21CV5 <br><br> **MEMORANDUM AND ORDER** |

Petitioner has filed a "petition for issuance of judicial remedy in the nature of the writ of furlough as can be had under the 'All Writs Act' commonly referred to as '1651.'"

Petitioner in this case is the brother of a person who is apparently in custody. Petitioner is a lay person. He is not entitled to practice law. In fact, it may be a crime in the State of Nebraska to practice law if one is a layman. Therefore, I will dismiss this petition on initial review but without prejudice to his brother filing whatever he deems appropriate to file.

IT IS THEREFORE ORDERED that the petition (Filing 1) is denied without prejudice. A separate judgment will be issued. No certificate of appealability has been or will be granted.

January 21, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge